**United States Attorney's Office**
**Western District of Oklahoma**
*MEMORANDUM*



| Subject:<br><br>COMPANION CASE RULE IN CRIMINAL CASES | Date:<br>June 7, 2023 |
| --- | --- |

**To:**

CARMELITA REEDER SHINN
Court Clerk

**From:**

WILSON D. MCGARRY
Assistant United States Attorney

The following cases which are the subject of Indictments being returned today are related cases and should be assigned to the same judge:

(1)     Previous Indictment

No. CR-23-199-SLP, *U.S. v. Brandon Ye et al.* (Indictment returned on May 3, 2023);

and

(2)     New Indictments

No. CR-23-237-SLP, *U.S. v. Jeff Weng and Tong Lin* (Indictment returned on June 6, 2023); and

No. CR-23-238-G, U.S. v. *QiFeng Ye and ZiQuang Lin* (Indictment returned on June 6, 2023).

These cases are related cases pursuant to LCrR7.1 because:

☒They arise out of the same transaction or series of transactions;

☒They involve the same defendant(s);

☐For other reasons, it would entail substantial duplication of labor if heard by different judges because:

DETAILS:    The cases stem from an investigation of Brandon Ye and his transportation and exportation of black-market marijuana via a fake Amazon delivery van and semi-trucks. CR-23-199-SLP arose out of Brandon Ye's arrest where agents seized 2,000 pounds of marijuana being loaded onto a semi-truck for shipment out of state and another 2,700 pounds at a residence controlled by Brandon Ye. The two new indictments involving Jeff Weng, Tong Lin, QiFeng Ye, and ZiQuang Lin arise from their connection to Brandon Ye by their supplying of the black-market marijuana to Brandon Ye, and likely others. All defendants have been charged with conspiracy to distribute marijuana with Brandon Ye as the person tying all of the defendants together as he would visit the black-market marijuana grows operated by Jeff Weng, Tong Lin, QiFeng Ye, and ZiQuang Lin. Jeff Weng and Tong Lin operated one black-market marijuana grow located in Wetumka, Oklahoma. QiFeng Ye and ZiQuang Lin operated another black-market marijuana grow located in Oakland, Oklahoma.